IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAULA SMITH                                                                                       PLAINTIFF

VS.                                         CASE NO. 4:07-CV-4085

EMC NATIONAL
LIFE COMPANY, et al.                                                                      DEFENDANTS

## ORDER

Before the Court is Plaintiff Paula Smith's Motion to Dismiss Without Prejudice. (Doc. 10). Plaintiff states that Defendant EMC National Life Company agrees to the motion.

Upon consideration, the Court is satisfied that good cause for the motion has been shown.

Accordingly, Plaintiff's Motion to Dismiss Without Prejudice should be and hereby is **GRANTED**.

All claims and allegations by Plaintiff Paula Smith against EMC National Life Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of July, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge